UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GEORGE III GRAYS,

        Plaintiff,

v.

TARGET CORPORATION,

        Defendants.

CASE NO.:  2:26-cv-02000 SB (MAAx)

ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

      Pursuant to the parties' joint notice of dismissal (Dkt. No. 14), this action is dismissed in its entirety, with prejudice.

Dated: May 22, 2026

_____

Stanley Blumenfeld, Jr.
United States District Judge